# Theresa Buccola

PO Box 6646 | Carmel, California [ 93921 ] | theresabuccola@gmail.com

**FILED**

July 27th, 2022

**JUL 28 2022**

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102July 27th, 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear 9th District,

Included in this envelope are the following for Case # 5:22-cv-03877 NC:

1. CONSENT TO MAGISTRATE JUDGE JURISDICTION
2. Proof of Service for Summonses to the following DEFENDANTS:
    1. PAUL TOMASI
    2. JOSEPH L. BOUCHER
    3. GERALD MALDONADO
    4. GREG JOHNSON
    5. CHIP RERIG
    6. CARMEL BY THE SEA, INC.
    7. MONTEREY COUNTY

Thank you.

Very Truly,

*[signature: Theresa Buccola]*

Theresa Buccola

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Mark B. Busby
CLERK OF COURT

GENERAL COURT NUMBER
408-535-5363

Theresa I. Buccola
P.O. Box 6646
Carmel, CA 93921

Re:  Buccola v Boucher, et al

Case Number:  5:22-cv-03877 NC

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Nathanael M. Cousins for all purposes including trial. The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

Plaintiff is requested to complete the attached form documenting either consent or request for reassignment and file it with the Court by July 29, 2022. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Additionally, attached is a letter providing guidance to resources the Court provides people representing themselves in federal court.

Mark B. Busby

Clerk, United States District Court

_Lili M Harrell_
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

Mark B. Busby  
CLERK OF COURT

GENERAL COURT NUMBER
408-535-5363

To: Pro Se Litigant  
Re: Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The court has free resources to help you find your way through the court system and procedures. The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and by walk-in when available. The Program is available at Room 2070 on the second floor in the San Jose United States Courthouse. Office hours are Monday to Thursday 9:00 a.m.–4:00 p.m. Limited scope assistance is provided by appointment and by walk-in when available. To make an appointment, please drop by the office or call 408-297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

Mark B. Busby  
Clerk, United States District Court

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| , | Case No. |
|---|---|
| Plaintiff, | |
| v. | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| , | |
| Defendants. | |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(X) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_Theresa Buccola_
Signature