**Theresa Buccola**
**PO BOX 6646**
**CARMEL BY THE SEA, CALIFORNIA [ 93921 ]**



INSPECTED BY

JUL 2 8 2022

U.S. MARSHALS SERVICE

*United States*
*Northern Dis*
450 Golden Ga
San Francisco,
Docket #7

EXPEC
U

950




U.S. POSTAGE PAID
PM
CARMEL, CA
93923
JUL 27, 22
AMOUNT

**$8.70**
R2304N116737-16

UNITED STATES
POSTAL SERVICE®

1020          94102

District Court
rict of California
e Avenue
CA 94102

RECEIVED

JUL 2 8

CLERK, U.S. DIS
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JUL 2 8 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



TED DELIVERY DAY: 07/28/22

SPS TRACKING® #

05 5107 2344 2208 5789 97

