LESLIE J. GIRARD, SBN 098986
County Counsel
SUSAN K. BLITCH, SBN 187761
Chief Assistant County Counsel
SAMUEL B. BEIDERWELL, SBN 280860
Deputy County Counsel
County of Monterey, Office of the County Counsel
168 West Alisal Street, Third Floor
Salinas, California 93901
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
BeiderwellSB@co.monterey.ca.us

Attorneys for Defendant, COUNTY OF MONTEREY

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| THERESA I. BUCCOLA,<br><br>        Plaintiffs,<br><br>vs.<br><br>JOSEPH L. BOUCHER, GREG JOHNSON, GERALD MALDONADO, PAUL TOMASI, CARMEL BY THE SEA, INCORPORATED, COUNTY OF MONTEREY, CHIP RERIG, DOES 1-50<br><br>        Defendants. | CASE NO. 22-cv-03877 NC<br><br>**[PROPOSED] ORDER ON COUNTY OF MONTEREY'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Complaint Filed: June 30, 2022<br><br>Hearing Date: September 7, 2022<br>Time: 1:00 p.m.<br>**Magistrate Judge Nathanael Cousins<br>Courtroom 5** |

Defendant County of Monterey's Motion to Dismiss Pursuant to FRCP 12(b)(6) and Memorandum of Points and Authorities came on regularly for hearing on September 7, 2022, in Courtroom 5 of the above-entitled Court, the Magistrate Judge Nathanael Cousins presiding.

Having read and considered the moving, opposition, and reply briefs and any declarations and exhibits and judicially noticeable facts submitted in support thereof, and having heard and considered the oral arguments of counsel,

/ / /

/ / /

1

THE COURT HEREBY GRANTS County of Monterey's Motion to Dismiss Pursuant to FRCP 12(b)(6) and Plaintiffs' Complaint against the County of Monterey is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: _____  By_____
**Magistrate Judge Nathanael Cousins**