UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa I. Buccola,<br><br>      Plaintiff(s),<br><br>  v.<br><br>Joseph L. Boucher, et al.<br><br>      Defendant(s). | Case No. 5:22-cv-03877-NC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: August 5, 2022

NAME: Steven J. Rothans

/s/: Steven J. Rothans
*Signature*

COUNSEL FOR (OR "PRO SE"): Defendants CITY OF CARMEL-BY-THE-SEA, a public entity, and OFFICER JOSEPH BOUCHER, OFFICER GREG JOHNSON, OFFICER GERALD MALDONADO, CHIEF PAUL TOMASI and CHIP RERIG, public employees

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 500 South Grand Avenue, 19th Floor, Los Angeles, California 90071.

On **August 5, 2022**, I served the foregoing document(s) described as: **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Theresa I. Buccola<br>P.O. Box 6646<br>Carmel, California 93921 | Plaintiff Pro Per<br><br>Tel: 415-812-9635<br>Email: theresabuccola@gmail.com |
|---|---|

BY MAIL

☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY PERSONAL SERVICE

☐ I caused such envelope to be delivered by hand to the offices of the addressee indicated above.

BY OVERNIGHT COURIER SERVICE

☐ I caused a copy of such documents to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivered fees paid or provided for.

BY ELECTRONIC SERVICE

☐ I caused the document to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **August 5, 2022**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

| TATIANA LE | /s/: Tatiana Le |
|---|---|