UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA I. BUCCOLA,<br>   Plaintiff,<br>  v.<br>JOSEPH L. BOUCHER, et al.,<br>   Defendants. | Case No. 22-cv-03877-NC<br><br>**ORDER TO ATTORNEY ESTHER KANG TEIXEIRA TO FILE STATEMENT REGARDING ECF 249**<br><br>Re: ECF 249 |

On August 16, 2024, Plaintiff Theresa Buccola filed a request for judicial notice notifying the Court that an attorney of record for the Carmel Defendants in this matter, Esther Kang Teixeira, does not appear to be a member of the Court's bar based on a search of the Court's attorney database. ECF 249 at 2. Teixeira filed a Notice of Appearance in this matter on April 2, 2024, that attests she is "admitted or otherwise authorized to practice in this court." ECF 160.

The Northern District of California's Civil Local Rule 11-1(a) requires "an attorney must be a member of the bar of this Court to practice in this Court," with limited exceptions. "A person who exercises, or pretends to be entitled to exercise, any of the privileges of membership in the bar of this Court, when that person is not entitled to exercise such privileges, may be referred to the Standing Committee" on Professional Conduct for the Northern District. L.R. 11-6(a), 11-8. The Court may also order an

attorney or law firm to show cause as to why they should not be subject to sanctions under Federal Rule of Civil Procedure 11(b).  *See* Fed. R. Civ. P. 11(c)(3); L.R. 11-8.

Teixeira is ordered to file a written statement in response to ECF 249 by August 26, 2024, explaining how she is authorized to practice before the Court and if she is a member of the bar of the Northern District of California.

**IT IS SO ORDERED.**

Dated: August 20, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge